CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

ERIC A. GRAVINK (SBN 226990)
ROSSI, HAMERSLOUGH, REISCHL & CHUCK
1960 The Alameda, Suite 200
San Jose, CA 95126-1493
Tel: (408) 261-4252
Fax: (408) 261-4292
Attorneys for Defendant
Janet M. De Carli and Kenneth S. Tersini

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON<br><br>　　　Plaintiff,<br>　v.<br><br>JANET M. DE CARLI, in individual and representative capacity as trustee of Trust A created under The De Carli Family Trust Agreement dated September 26, 1984; KENNETH S. TERSINI, in individual and representative capacity as trustee of Trust A created under The De Carli Family Trust Agreement dated September 26, 1984<br><br>　　　Defendants. | Case: 3:21-cv-02896-RS<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

IT IS SO ORDERED
Judge Richard Seeborg
Dated: 1/13/2022

## **STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: January 12, 2022          CENTER FOR DISABILITY ACCESS

                                                   By: /s/Amanda Seabock
                                                        Amanda Seabock
                                                        Attorneys for Plaintiff

Dated: January 12, 2022          ROSSI, HAMERSLOUGH, REISCHL & CHUCK

                                                 By: /s/Eric A. Gravink
                                                       Eric A. Gravink
                                                      Attorneys for Defendant
                                                      Janet M. De Carli and Kenneth S. Tersini

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Eric A. Gravink, counsel for Janet M. De Carli and Kenneth S. Tersini, and that I have obtained authorization to affix his electronic signature to this document.

Dated: January 12, 2022          CENTER FOR DISABILITY ACCESS

                                                 By: /s/Amanda Seabock
                                                       Amanda Seabock
                                                      Attorneys for Plaintiff